UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTHONY C. GONZALES, CDCR #AH-5287, | Case No.: 3:19-cv-00660-GPC-RBM |
|---|---|
| Plaintiff, | **ORDER:** |
| v. | **1) GRANTING PLAINTIFF'S MOTION FOR A PHOTOCOPY OF PLAINTIFF'S PREVIOUSLY-LODGED EARLY NEUTRAL EVALUATION STATEMENT [Doc. 26]** |
| NICHOLE GARCIA, | |
| Defendant. | |
| | **AND** |
| | **2) DIRECTING THE CLERK OF COURT TO MAIL A COPY OF PLAINTIFF'S EARLY NEUTRAL EVALUATION STATEMENT TO PLAINTIFF** |

## I. INTRODUCTION

Anthony C. Gonzales ("Plaintiff"), a California prisoner proceeding *in pro per* and *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983 ("Section 1983"). (*See generally* Docs. 1, 3.) Plaintiff claims Calipatria State Prison ("Calipatria") staff member Nichole Garcia ("Garcia") violated Plaintiff's Eighth Amendment right to adequate

1

medical care. (Doc. 1 at 2-6.)[1]  Garcia answered the Complaint and the undersigned subsequently issued an Order Setting an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC"), setting the ENE/CMC for September 25, 2019. (Doc. 12.)  Plaintiff timely lodged an ENE Statement in compliance with the Court's Order. Garcia subsequently filed an *Ex Parte* Application to Continue the ENE/CMC ("EPA"). (Doc. 15.)  The Court granted Garcia's EPA and reset the ENE/CMC to a later date. (Doc. 16.)  Next, the Court *sua sponte* vacated the ENE/CMC and subsequently reset the ENE/CMC to November 20, 2019 at 9:30AM. (Docs. 17, 22.)

## II. PLAINTIFF'S REQUEST FOR PHOTOCOPY OF ENE STATEMENT

Plaintiff mailed a "Request to the Cour[t] for a Copy of the ENE Statement that is Lodged in Chambers" to the undersigned's chambers, which was subsequently forwarded to the Clerk of Court and filed *nunc pro tunc* to November 1, 2019. (Docs. 25-26.)  Plaintiff alleges he could not photocopy his ENE Statement prior to lodging it with the Court due to Calipatria's lockdown at the time which impeded Plaintiff's access to the law library.

Parties to an action must refrain from writing *ex parte* letters to the Judge.  CivLR 83.9.  All matters to be called to a Judge's attention should be formally submitted as provided in the Civil Local Rules.  *Id.*  Notwithstanding the foregoing, the Court liberally construes Plaintiff's request as a Motion for a Photocopy of Plaintiff's Previously-Lodged ENE Statement.  *See Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013) (courts liberally construe *pro se* litigants' filings, relieving them from "strict application of procedural rules and demands . . .").

It is not within the purview of the Court to provide copies of papers or pleadings to litigants.  However, Plaintiff is a pro se prisoner who did not have access to a copying machine at the time he submitted his ENE Statement.  Plaintiff's ENE Statement, including exhibits, is only fourteen pages.  Rule 16(c), Fed. R. Civ. P. and Civil Local Rule 16.1(b)

---

[1] On October 15, 2019, the Court granted Defendant Juan Flores' Motion to Dismiss thereby dismissing Plaintiff's Complaint as alleged against Defendant Flores. (Doc. 24.)

2

requires all parties to prepare and participate in good faith at pretrial conferences such as ENEs. Given the foregoing circumstances, Plaintiff's Motion for a Photocopy of Plaintiff's Previously-Lodged ENE Statement is **GRANTED**. However, **Plaintiff** is **CAUTIONED** that the Court will not, as a matter of course, provide photocopies.

### III. CONCLUSION AND ORDER

For the foregoing reasons, the Court:

1. **GRANTS** Plaintiff's Motion for a Photocopy of Plaintiff's Previously-Lodged ENE Statement;

2. **DIRECTS** the Clerk of Court to mail a copy of Plaintiff's previously-lodged ENE Statement dated August 12, 2019, to Plaintiff's address of record. Plaintiff's ENE Statement is **CONFIDENTIAL**, therefore, Clerk of Court **SHALL NOT MAIL PLAINTIFF'S ENE STATEMENT TO DEFENDANT**; and

3. **DIRECTS** the parties to proceed with the ENE/CMC as scheduled pursuant to the Court's Order of October 1, 2019. (Doc. 22.) The ENE/CMC will take place on **November 20, 2019 at 9:30AM** at **United States Courthouse, 2003 W. Adams Ave., El Centro, CA 92243. Plaintiff is not required to submit a supplemental confidential ENE Statement, but may do so if he wishes to alert the Court to any change in settlement position**.

IT IS SO ORDERED.

DATE: November 6, 2019

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE